UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02181-MRA-DFM | Date | October 2, 2026 |
| Title | *Yevgeniy Gladkov v. Ford Motor Company et al.* | | |

| | |
|---|---|
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Melissa H. Kunig | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER GRANTING UNOPPOSED MOTION TO REMAND [10]**

Before the Court is Plaintiff's Motion to Remand. ECF 10. The Court read and considered the moving papers and deemed the matter appropriate for decision without oral argument. *See* Fed. R. Civ. P. 78(b); L.R. 7-15. The October 20, 2026 hearing is therefore vacated and removed from the Court's calendar. For the reasons stated herein, the Court **GRANTS** the unopposed Motion.

On June 24, 2026, Plaintiff Yevgeniy Gladkov ("Plaintiff") filed this lemon law action against Defendant Ford Motor Company ("Defendant") and Does 1-50 in Orange County Superior Court. ECF 1. On August 4, 2026, Defendant removed the action to federal court on the basis of diversity jurisdiction. *Id.* On August 31, 2026, Plaintiff filed the instant Motion to Remand, arguing that Defendant cannot demonstrate that the amount in controversy requirement is met. ECF 10. The Motion was set for hearing on October 20, 2026.

Local Rule 7-9 requires a party opposing a motion to file an opposition or a written statement of non-opposition not later than twenty-one (21) days before the date designated for the hearing of the motion. Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting . . . of the motion." Defendant was therefore required to file its opposition to the Motion no later than September 29, 2026.

Defendant failed to file an opposition by that date or to subsequently file any motion or declaration explaining that failure. Pursuant to Local Rule 7-12, the Court deems Defendant's failure to file an opposition or otherwise comply with Local Rule 7-9 as consent to the granting of Plaintiff's Motion.

Accordingly, Plaintiff's Motion to Remand [10] is **GRANTED**. The case is remanded to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02181-MRA-DFM | Date | October 2, 2026 |
| Title | *Yevgeniy Gladkov v. Ford Motor Company et al.* | | |

Orange County Superior Court, Central Justice Center, Case No. 30-2026-01581062-CU-BC-CJC.

**IT IS SO ORDERED.**

\- : -

Initials of Deputy Clerk mku